**FILED**
**SUPREME COURT**
**STATE OF WASHINGTON**
**MAY 5, 2026**
**BY SARAH R. PENDLETON**
**CLERK**

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | SUSPENSION ORDER |
| | ) | |
| ADMINISTRATIVE SUSPENSION OF | ) | SUPREME COURT |
| | ) | NO. 202337-1 |
| ATTORNEYS FOR FAILURE TO COMPLY | ) | |
| | ) | |
| WITH 2026 LICENSING REQUIREMENTS | ) | |

Pursuant to the Rules for Enforcement of Lawyer Conduct (ELC), specifically ELC 15.5(b), and Admission and Practice Rules (APR) 11, 17 and 26, and the Bylaws of the Washington State Bar Association (WSBA), the WSBA Executive Director filed a recommendation that the 260 lawyers named therein be suspended from the practice of law for failure to comply with one or more of the 2026 licensing requirements: payment of licensing fees and assessments (APR 17(a)(2)(A), WSBA Bylaws Art. III, Sec. 1.3); failure to file a trust account declaration (ELC 15.5(b), APR 17(a)(2)(E)); failure to file a professional liability insurance disclosure form (APR 26(c), APR 17(a)(2)(D)); and failure to comply with mandatory continuing legal education requirements (APR 11(c) and (i), APR 17(a)(2)(C)).

The Executive Director's recommendation states that the WSBA provided 60 days written notice to each of the named lawyers at their last known address of record by certified mail on March 3, 2026. The Executive Director's cover letter for the recommendation also indicates that on November 3, 2025, the WSBA emailed renewal notices to all lawyers with an email address. On January 20, 2026, January 21, 2026, January 22, 2026, and January 23, 2026, the WSBA emailed reminder notices to all lawyers with an email address and mailed a reminder to those without an email address. On February 17, 2026, the WSBA emailed a notice to all lawyers not in compliance. On March 3, 2026, the WSBA mailed a presuspension notice to all lawyers not in compliance. On April 27, 2026, the WSBA delivered a final reminder email to all remaining delinquent lawyers. The recommendation also certifies that the list of lawyers named

Page 2
ORDER
No. 202337-1

therein is correct based upon the records of the WSBA.  In addition, WSBA staff attempted to call each of the lawyers on the attached list.

The Court is satisfied that the following named lawyers have not complied with the 2026 licensing requirements and that they were given the required pre-suspension notice by certified mail.

IT IS ORDERED:

The following named lawyers are administratively suspended from the practice of law in the State of Washington for failure to comply with the 2026 licensing requirements as specified below:

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 102 | Keith Gerrard | Licensing Fees | | | |
| 1163 | Walter L. Schefter Jr. | Licensing Fees | | | |
| 1547 | James R. Irwin | Licensing Fees | | | |
| 1555 | Dan Piper Hungate | Licensing Fees | | | |
| 1732 | Francis James Gavin | Licensing Fees | | | |
| 2477 | Paul S. Fenton | Licensing Fees | | | |
| 2793 | Henry E. Lippek | Licensing Fees | Insurance | Trust Account | MCLE |
| 3064 | James R. Silva | Licensing Fees | Insurance | Trust Account | MCLE |
| 3751 | Joe R. Woolett | Licensing Fees | | | |
| 4629 | Herbert Daniel Austad | | | | MCLE |
| 4638 | Bruce Harvey Erickson | Licensing Fees | Insurance | Trust Account | MCLE |
| 5109 | Dwight J. Drake | Licensing Fees | | | |

Page 3
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 5162 | William Frederick Greenlee | Licensing Fees | | | |
| 5851 | Walter Carl Wagner | | | | MCLE |
| 6254 | T. Anthony Platter | Licensing Fees | | | |
| 7008 | Kirk Shelby Portmann | Licensing Fees | | | |
| 7366 | Patrick F. Hussey | Licensing Fees | | | |
| 7905 | Charles Thomas Conrad | Licensing Fees | Insurance | Trust Account | |
| 8006 | Robert Edgar Hibbs | Licensing Fees | | | |
| 8549 | Glenn P. Rickards | Licensing Fees | Insurance | Trust Account | |
| 8745 | Simon Klevansky | Licensing Fees | | | |
| 9593 | Miriam Temple | Licensing Fees | | | |
| 9630 | James D. Hamilton | Licensing Fees | Insurance | Trust Account | |
| 9720 | Anthony P. Wartnik | Licensing Fees | | | |
| 10587 | Robert Owen Middleton | Licensing Fees | Insurance | Trust Account | |
| 10602 | George Max Beal II | Licensing Fees | | | |
| 10752 | Marie Grace Creson | Licensing Fees | | | |
| 11288 | Timothy John Carlson | Licensing Fees | Insurance | Trust Account | |
| 11321 | Christine Pischl Nicksic | Licensing Fees | | | |
| 11400 | Bruce Matthew Blume | Licensing Fees | | | |
| 11661 | John Foster Kuntz | Licensing Fees | | | |
| 12019 | Edward M. Yoshida | Licensing Fees | | | |

Page 4
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 12496 | Carolyn Sue Cole | Licensing Fees | | | |
| 12990 | John Tappan Menard | Licensing Fees | | | |
| 13071 | Kevin M. Anderson | Licensing Fees | | | |
| 13788 | Randall D. Leeland | Licensing Fees | | | |
| 13991 | Terry Robinson | Licensing Fees | | | |
| 14388 | George Theodore Hunter | Licensing Fees | | | |
| 14465 | Scott Michael Missall | Licensing Fees | | | |
| 14712 | William R. Walton | Licensing Fees | Insurance | Trust Account | |
| 14761 | James S. Smith | Licensing Fees | Insurance | Trust Account | |
| 15142 | Norris Eugene Washington | Licensing Fees | | | |
| 15167 | Roy Andrew Yackulic | Licensing Fees | | | |
| 15487 | Jonathan William Kaiser | | Insurance | Trust Account | |
| 15539 | David A. Goicoechea | Licensing Fees | | | |
| 15735 | Michael L. Charneski | Licensing Fees | | | |
| 15866 | Erin  Riley | Licensing Fees | | | |
| 16187 | Michael James Pratum | Licensing Fees | Insurance | Trust Account | |
| 16400 | Denis A. O'Leary | Licensing Fees | Insurance | Trust Account | |
| 16974 | Gary R. Stenzel | Licensing Fees | Insurance | Trust Account | |
| 17198 | Randal R. Jones | Licensing Fees | | | |
| 17635 | William John Bruinooge | Licensing Fees | | | |

Page 5
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 17638 | David Leonard Bussman | Licensing Fees | | | |
| 18796 | James Henry Blundell JR | Licensing Fees | | | |
| 19020 | Sandra Kay Pailca | Licensing Fees | Insurance | Trust Account | |
| 19079 | Charles Mcneil Stringer | Licensing Fees | | | |
| 19100 | Clarence M. Virtue | Licensing Fees | | | |
| 19711 | Richard Kevin Gardner | Licensing Fees | | | |
| 20330 | Donald G. Miller | Licensing Fees | Insurance | Trust Account | MCLE |
| 20342 | Cheri Yvonne Cornell | Licensing Fees | | | |
| 20466 | P. Tracy Cherry | Licensing Fees | | | |
| 20612 | Jann Elizabeth Zabel | Licensing Fees | | | |
| 20932 | Jeffrey Coopersmith | Licensing Fees | | | |
| 20984 | Christopher John Gillette | Licensing Fees | | | |
| 20985 | Brian Christopher Golob | Licensing Fees | | | MCLE |
| 21049 | Oma Lynn La Mothe | Licensing Fees | | | |
| 21241 | Timothy Allen Liesenfelder | Licensing Fees | | | |
| 21293 | Stephen Anthony Allar | | | | MCLE |
| 21440 | Thomas James Alexiou | Licensing Fees | Insurance | Trust Account | |
| 21778 | Larry Benson Parker | Licensing Fees | | | |
| 21958 | Jin Hyun Kim | Licensing Fees | Insurance | Trust Account | |
| 22985 | Timothy W. Durkop | Licensing Fees | Insurance | Trust Account | |

Page 6
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 23846 | Jenny Jun | Licensing Fees | | | MCLE |
| 23877 | Juliane Stone Rossiter | Licensing Fees | | | |
| 24377 | Dana Lynette White | Licensing Fees | | | |
| 24520 | Jonathan N. Neff | Licensing Fees | | | |
| 24558 | AdonicaJo Roxanne Wada | Licensing Fees | | | |
| 24765 | Kristin Smith | Licensing Fees | | | |
| 24841 | Edwin Lee | Licensing Fees | | | |
| 25179 | Keith Alan Johnson | Licensing Fees | | | |
| 25251 | John P. Raekes | Licensing Fees | Insurance | Trust Account | |
| 25386 | Sally Anne Feldman | Licensing Fees | | | |
| 25544 | Laura N. Williams | Licensing Fees | Insurance | Trust Account | |
| 25763 | Geneva Ann Lasprogata | Licensing Fees | | | |
| 26419 | Michelle Lynn Brenno | Licensing Fees | | | |
| 26580 | Thuy Anh Q Tran | Licensing Fees | | | |
| 26707 | Robert William Hood | Licensing Fees | Insurance | Trust Account | MCLE |
| 26944 | Jason C. Klein | Licensing Fees | | | |
| 27005 | Lisa E. Wochos | Licensing Fees | | | |
| 27139 | Chad Smithson | Licensing Fees | Insurance | Trust Account | MCLE |
| 27187 | Jose Luis Sanchez | Licensing Fees | Insurance | Trust Account | MCLE |
| 27423 | Michael Edwin Barber | Licensing Fees | | | |

Page 7
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 27526 | John L. Kim | Licensing Fees | | | |
| 27752 | Troy Thomas Bailey | Licensing Fees | | | |
| 28411 | Paul Jeffrey Miller | Licensing Fees | | | |
| 28668 | Tara Marie Roberts | Licensing Fees | | | |
| 28731 | Brian J. Danzig | Licensing Fees | Insurance | Trust Account | |
| 28890 | Timothy J. Warzecha | Licensing Fees | | | |
| 29728 | Anthony J. Taylor | Licensing Fees | | | |
| 29865 | Alyson Pytte | Licensing Fees | | | |
| 30162 | Ian Stuart Thompson | Licensing Fees | Insurance | Trust Account | MCLE |
| 30483 | William Alex Brady II | Licensing Fees | | | |
| 30495 | Charles Andrew Lyman | Licensing Fees | Insurance | Trust Account | |
| 30944 | Signe H. Naeve | | Insurance | Trust Account | |
| 31026 | Teresa Lynn Conlan | Licensing Fees | | | |
| 31068 | John Phillip Abrams | Licensing Fees | Insurance | Trust Account | |
| 31203 | Theresa Louise Griffin | Licensing Fees | Insurance | Trust Account | |
| 31454 | Meredith Jill Baty | Licensing Fees | | | |
| 31992 | Lucy B. Gilbert | Licensing Fees | | | |
| 32291 | Elizabeth Halls | Licensing Fees | Insurance | Trust Account | |
| 32594 | John Michael Schultz | Licensing Fees | Insurance | Trust Account | |
| 32892 | Peter Kim | Licensing Fees | Insurance | Trust Account | |

Page 8
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 33665 | Donna L. Knifsend ESQ | Licensing Fees | Insurance | Trust Account | MCLE |
| 34555 | Grant L. Learned JR | Licensing Fees | Insurance | Trust Account | |
| 34573 | Nathan Joseph Bochsler | Licensing Fees | | | |
| 35137 | Brian James Motto ESQ | Licensing Fees | Insurance | Trust Account | |
| 35283 | Mary S. Hood | Licensing Fees | Insurance | Trust Account | |
| 35319 | Mindy S. Leon | Licensing Fees | | | |
| 35357 | Jennifer L. Donohue | Licensing Fees | | | |
| 35501 | Sylvia Ann Sammons | Licensing Fees | | | |
| 35892 | Stephanie Bowers Yurcisin | Licensing Fees | | | |
| 35942 | Kasey Coy Christie | Licensing Fees | | | |
| 36147 | Michael Scott Mitchell | Licensing Fees | Insurance | Trust Account | |
| 36544 | Jada J. Quinn | Licensing Fees | | | |
| 36857 | Graham M. Wilson | Licensing Fees | | | |
| 36953 | Todd M. Lander | Licensing Fees | | | |
| 37189 | Danielle S. Fitzpatrick | Licensing Fees | | | |
| 37429 | Peter K. Diamond | Licensing Fees | | | |
| 38129 | Paul Edward Mayer | Licensing Fees | | | |
| 38403 | Bryce Clements Snyder | Licensing Fees | | | |
| 38467 | Brien J. Flanagan | Licensing Fees | Insurance | Trust Account | MCLE |
| 38548 | Wilberforce O. Agyekum | Licensing Fees | | | |

Page 9
ORDER
No. 202337-1

| 38810 | Peter C. Mooney | Licensing Fees | Insurance | Trust Account | |
| 38924 | Paul Steven Holdaway | Licensing Fees | Insurance | Trust Account | |
| 39044 | John W. Jeffrey | Licensing Fees | | | |
| 39263 | Timothy Earl Punke | Licensing Fees | | | |
| 39426 | Rebecca Sirius Fritch Flanagan | Licensing Fees | | | |
| 39866 | Freya Liv Thoreson | Licensing Fees | | | |
| 40377 | Sara M. Taylor | Licensing Fees | | | |
| 40409 | Peri Eckis Tobin | Licensing Fees | Insurance | Trust Account | |
| 40632 | Daniel J. Silton | Licensing Fees | | | |
| 40671 | Crystal Megan Ondo | Licensing Fees | | | |
| 40848 | Julia Nardelli Gross | Licensing Fees | | | |
| 41566 | Marek M. Brustad | Licensing Fees | | | |
| 41594 | Gano Dominic Lemoine III | Licensing Fees | | | |
| 41607 | Emilie Lauren Fisher Ewart | Licensing Fees | | | |
| 42702 | David Andrew Galazin | Licensing Fees | Insurance | Trust Account | |
| 43148 | Breyon Jahmai Davis | Licensing Fees | | | |
| 43324 | Claudia K. Powers | Licensing Fees | Insurance | Trust Account | |
| 44704 | Steven O. Fortney | | | | MCLE |
| 44749 | Howard David Hurwitz | Licensing Fees | Insurance | Trust Account | MCLE |
| 44837 | Linda Josephson | Licensing Fees | Insurance | Trust Account | MCLE |

Page 10
ORDER
No. 202337-1

| 44976 | Zachary R. Weins | Licensing Fees | Insurance | Trust Account | MCLE |
|---|---|---|---|---|---|
| 45584 | Brian G. Ward | | | | MCLE |
| 45773 | Chad William Beck ESQ | Licensing Fees | | | |
| 45919 | David M. Thompson | Licensing Fees | Insurance | Trust Account | |
| 46276 | Robert Villasenor | Licensing Fees | Insurance | Trust Account | |
| 46520 | Elisa Imelda Ramirez | Licensing Fees | | | |
| 46548 | Tamara E. Bloor | Licensing Fees | Insurance | Trust Account | |
| 46622 | David Manuel Solis | Licensing Fees | | | |
| 46884 | Crystal Lynn Schlanbusch | Licensing Fees | | | |
| 47567 | Stephen Joseph Buchanan II | Licensing Fees | | | |
| 47688 | Damien R Hall | | Insurance | Trust Account | |
| 47995 | Dayne Alexys Brown | Licensing Fees | | | |
| 48323 | Marissa Langhoff | Licensing Fees | | | |
| 48471 | Scott William Akins | Licensing Fees | | | |
| 48598 | Heidi Karen Adams He Does It | Licensing Fees | Insurance | Trust Account | MCLE |
| 48735 | Meghan Marie Sercombe | Licensing Fees | | | |
| 48854 | Robert Morgan | Licensing Fees | | | |
| 48916 | Naho Marcella Wills | Licensing Fees | Insurance | Trust Account | |
| 49066 | Tammy Shuffield | Licensing Fees | | | |
| 49168 | Alex Kirby West | Licensing Fees | Insurance | Trust Account | MCLE |

Page 11
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 49192 | Charles Walter Hoag | | | | MCLE |
| 49228 | Stephen Todd Hicklin | Licensing Fees | | | |
| 49482 | Howard Lee Huddleston JR | Licensing Fees | | | |
| 49702 | Allison Rose Burke | Licensing Fees | | | |
| 49907 | David Lamar Kim Sanders | | | | MCLE |
| 49961 | Alice Graham | Licensing Fees | Insurance | Trust Account | MCLE |
| 50222 | Christina Catzoela | | | | MCLE |
| 50483 | Sebastian Kurian | Licensing Fees | Insurance | Trust Account | MCLE |
| 50488 | Benjamin Graham Clark | Licensing Fees | | | |
| 50812 | Amanda Michelle Schmitt | Licensing Fees | | | |
| 50858 | Joseph Patrick Wright | | | | MCLE |
| 50961 | Gary Lee Finley | Licensing Fees | | | |
| 51084 | Catherine E. Disarno | | | | MCLE |
| 51114 | Brendan Michael Kennedy | Licensing Fees | Insurance | Trust Account | MCLE |
| 51365 | Jacqueline M. Yust | Licensing Fees | Insurance | Trust Account | MCLE |
| 51371 | David M. Bilman ESQ | | | | MCLE |
| 51812 | Katherine Hambley | Licensing Fees | Insurance | Trust Account | |
| 52425 | Jame Claire Ortiz | Licensing Fees | Insurance | Trust Account | |
| 52649 | Gedá Lea Jones Herbert | Licensing Fees | | | |
| 53435 | Bailey Krueger Hubbard | Licensing Fees | | | |

Page 12
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 53520 | Andrea Flandry Blair | Licensing Fees | | | |
| 53714 | Laura Watts Harper | Licensing Fees | Insurance | Trust Account | |
| 53783 | Junchao Sheng | Licensing Fees | | | |
| 53849 | Minh Nguyen Hoang | Licensing Fees | | | |
| 54121 | Broderick Wilford Faler | Licensing Fees | | | |
| 54311 | Girmay Zahilay | Licensing Fees | | | |
| 54363 | George Zachary Goldberg | Licensing Fees | Insurance | Trust Account | |
| 54390 | James Mark Loren | Licensing Fees | Insurance | Trust Account | |
| 54529 | William Adam Hunt | | | | MCLE |
| 54532 | Jared Kiess | | | | MCLE |
| 54754 | Megan Murray Curran | Licensing Fees | Insurance | Trust Account | |
| 54827 | Robert F. Harmon JR | | | | MCLE |
| 54956 | David Anthony Martinez | | | | MCLE |
| 55101 | Andrea Memovic | Licensing Fees | Insurance | Trust Account | MCLE |
| 55221 | Jill Noel Cartwright | Licensing Fees | | | |
| 55290 | Jessica J. Ross | Licensing Fees | Insurance | Trust Account | MCLE |
| 55308 | Ferdinand Alexander Ruplin | Licensing Fees | Insurance | Trust Account | MCLE |
| 55514 | Michael Angelo Leto | Licensing Fees | | | |
| 55532 | Clare Paterson | Licensing Fees | Insurance | Trust Account | |
| 55573 | Tran Duong Ngoc Dinh | Licensing Fees | Insurance | Trust Account | MCLE |

Page 13
ORDER
No. 202337-1

| 55813 | John Charles Carpenter | | | | MCLE |
|---|---|---|---|---|---|
| 55844 | Colleen Therese Grygier | | | | MCLE |
| 56257 | Tobias Derrick Spruill-Lewis | Licensing Fees | Insurance | Trust Account | |
| 56279 | Ashlie Nicole Brillault | Licensing Fees | | | |
| 56440 | Nicholas Alejandro Becerra | Licensing Fees | Insurance | Trust Account | |
| 56777 | Haley Nichols Bavasi | Licensing Fees | Insurance | Trust Account | |
| 56938 | Jason Oh | Licensing Fees | Insurance | Trust Account | |
| 57018 | Shannequal Rae-Lynn Scheffler | Licensing Fees | | | |
| 57386 | Daniel Christopher Johns | Licensing Fees | | | |
| 57476 | Matthew Cole | Licensing Fees | | | |
| 57629 | Michael David Jefferson | Licensing Fees | Insurance | Trust Account | |
| 57670 | Ryan Patrick McGowan | Licensing Fees | Insurance | Trust Account | |
| 57691 | Wayne Eugene Olson JR | Licensing Fees | | | |
| 57782 | Jeffrey Daniel Ryding | Licensing Fees | | | |
| 58162 | Rachel Lauren Hines | Licensing Fees | | | |
| 58248 | Zachary Myers | Licensing Fees | Insurance | Trust Account | |
| 58425 | Daniel McDermott | Licensing Fees | | | |
| 58513 | Laurel Wixson McFarland | Licensing Fees | | | |
| 58699 | Nathaniel Scott Elliott | Licensing Fees | Insurance | Trust Account | |
| 58742 | Oladoyin Olanrewaju | Licensing Fees | Insurance | Trust Account | |

Page 14
ORDER
No. 202337-1

| 58951 | Michelle Erica Irwin | Licensing Fees | Insurance | Trust Account | MCLE |
|---|---|---|---|---|---|
| 59178 | Lauren Jacqueline Irwin | Licensing Fees | Insurance | Trust Account | MCLE |
| 59236 | Brendan J. McArdle | Licensing Fees | | | |
| 59277 | Willie Dee Gilbert II | Licensing Fees | Insurance | Trust Account | MCLE |
| 59335 | Adam Anthony Desipio | | | | MCLE |
| 59748 | Shannon Suehr | Licensing Fees | Insurance | Trust Account | MCLE |
| 59832 | Peter John Dan | | | | MCLE |
| 60372 | Roslyn O'Neal Norman | Licensing Fees | Insurance | Trust Account | MCLE |
| 60383 | Ahmed Davut Atik | | | | MCLE |
| 60407 | Hannah Olivia Haney | Licensing Fees | Insurance | Trust Account | MCLE |
| 60558 | Faiz Pirani | Licensing Fees | Insurance | Trust Account | |
| 60806 | Athena Waschke | Licensing Fees | Insurance | Trust Account | |
| 60820 | Laura Elizabeth Peake | Licensing Fees | Insurance | Trust Account | |
| 60977 | Dylan James Powers | Licensing Fees | Insurance | Trust Account | |
| 61191 | Martha Eloise Ridgway | Licensing Fees | Insurance | Trust Account | |
| 61232 | Peyton Wallace | Licensing Fees | Insurance | Trust Account | |
| 61347 | William Calhoun Boinest III | Licensing Fees | Insurance | Trust Account | |
| 61407 | Michelle Hannah Hughes Hoge | Licensing Fees | Insurance | Trust Account | |
| 61589 | Jonathon Himes | Licensing Fees | Insurance | Trust Account | |
| 61614 | Sage Mist | | Insurance | Trust Account | |

Page 15
ORDER
No. 202337-1

| | | | | | |
|---|---|---|---|---|---|
| 61660 | Erica Nist-Lund | Licensing Fees | | | |
| 61673 | Hector Velez | Licensing Fees | Insurance | Trust Account | |
| 61913 | Mohamad Ali Abdallah | Licensing Fees | Insurance | Trust Account | |
| 62354 | Eucaris Tatiana Perez Valero | | Insurance | Trust Account | |
| 63261 | Peter Norris Freeman | Licensing Fees | Insurance | Trust Account | |
| 63560 | Chi Kung | Licensing Fees | Insurance | Trust Account | |
| 63690 | Carolyn Nicole Daussin | Licensing Fees | Insurance | Trust Account | |
| 63834 | Lauren Catherine Markuson | Licensing Fees | Insurance | Trust Account | |

The effective date of suspension is the date of this order.  The Washington State Bar Association is directed to notify each of the named lawyers of their suspension from the practice of law for failure to comply with 2026 licensing requirements.

DATED at Olympia, Washington this 5th day of May, 2026.

For the Court

_____
ACTING CHIEF JUSTICE